SHAWMUT MORTGAGE COMPANY *v.* LARRY CORRONE
(10742)

FOTI, LANDAU and HEIMAN, Js.

Argued September 30—decision released October 20, 1992

*Max F. Brunswick,* for the appellant (defendant).

*Daniel P. Kulakofsky,* for the appellee (plaintiff).

PER CURIAM. We have fully reviewed the claims on appeal, examined the record and briefs and heard argument. We conclude that the appeal is without merit.

The judgment is affirmed and the case is remanded to the trial court to set new law days.

PHILLIP DAVIS ET AL. *v.* ROSALIND LEHRER ET AL.
(10996)

DALY, FOTI and HEIMAN, Js.

Argued September 29—decision released October 20, 1992

*John Lino Ponzini,* for the appellants (plaintiffs).

*Bruce A. Chamberlain,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.